10-CR-05407-ORD

JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-5407RJB |
| Plaintiff, | ORDER SEALING PLEA AGREEMENT |
| vs. | |
| ERICA D. LEWIS, | |
| Defendant. | |

The Court having considered the Motion for Order Sealing the Plea Agreement entered into by the parties in this matter on November 3, 2010,

NOW THEREFORE IT IS HEREBY ORDERED that the Plea Agreement and any appendixes thereto be sealed.

DONE this __19__ day of November, 2010.

*(signature)*
~~MAGISTRATE~~ JUDGE

Presented by:

/s/ *Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER SEALING PLEA AGREEMENT – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710